IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GEORGE STEPHEN ANDRACHECK, )
    Plaintiff, )
     )
    v. ) Civil Action No. 06-415
     )
DEPARTMENT OF ENVIRONMENTAL )
PROTECTION FOR THE COMMON- )
WEALTH OF PENNSYLVANIA, )
    Defendant. )

## ORDER

AND NOW, this 26TH day of May, 2006, IT IS HEREBY ORDERED that, for the reasons stated on the record at the status conference of May 24, 2006, the Court lacks subject matter jurisdiction and the instant case is remanded to the Court of Common Pleas of Westmoreland County, Pennsylvania.

BY THE COURT:

_____ J.

cc: All Counsel of Record